UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Stanley R. Chesler

          v.                 :     Crim. No. 10-562 (SRC)

KHAYRI MCMILLAN              :     **ORDER**


The Court having presided over the defendant's guilty plea
to Counts 1 and 2 of the Petition for Violation of Supervised
Release dated June 1, 2012, charging him with failing to comply
with the specific conditions of location monitoring, and failing
to refrain from illegal possession and use of drugs, as required
by the judgment entered in this matter on August 24, 2011, and
the Court having conducted a concurrent sentencing hearing, it
is hearby ORDERED:

1.   Defendant is hereby adjudged guilty of Violation
Numbers 1 and 2 of the Petition for Violation of Supervised
Release dated June 1, 2012;

2.   Defendant's supervised release is hereby REVOKED;

3.   Defendant shall serve a new term of supervised release
for a period of three years commencing on the date of this
Order;

4.   All conditions of supervised release set forth in the
judgment of August 24, 2011 are incorporated herein, except for
the ten-month term of location monitoring;

5.  As a special condition of supervised release, defendant shall be designated to a community treatment center, specifically, Toller House in Newark, New Jersey, for a period of nine months.

6.  The United States Probation Office shall notify the Court when an opening for defendant becomes available at Toller House.

7.  Defendant is hereby remanded to the custody of the United States Bureau of Prisons pending his placement in Toller House in Newark, New Jersey.

_____
STANLEY R. CHESLER
United States District Judge

Dated: September 7, 2012