UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Stanley R. Chesler

v. : Crim. No. 10-562 (SRC)

KHAYRI MCMILLAN : <u>ORDER</u>

The Court having presided over the defendant's guilty plea to Counts 1 and 2 of the Petition for Violation of Supervised Release dated June 1, 2012, and the Court having entered an order dated September 7, 2012 which, among other things, revoked defendant's term of supervised release and imposed a new term of supervised release, and which remanded defendant to the custody of the United States Bureau of Prisons pending his placement in a community treatment center, specifically, Toller House in Newark, New Jersey, and the Court having been notified by the United States Probation Office that Toller House has an available space for the defendant, it is hearby ORDERED:

Defendant is to be released on September 25, 2012 from the custody of the United States Bureau of Prisons to a representative of the United States Probation office to be transported immediately to Toller House in Newark, New Jersey to begin the nine-month term required under this Court's order of September 7, 2012.

HON. STANLEY R. CHESLER
United States District Judge