PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: McMillan, Khayri  2:10CR562(SRC)(1)
PACTS Number: 57808

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler

Date of Original Sentence: 08/24/11

Original Offense: Importing manufacturing firearms, dealing of firearms without a federal firearm license

Original Sentence: Ten months custody, nine months halfway house placement, three years supervised release, drug treatment and prohibitions on gang/criminal associations

Type of Supervision: Supervised release    Date Supervision Commenced: 03/30/12

### PETITIONING THE COURT

[ ]  To extend the term of supervision for      Years, for a total term of      Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

### CAUSE

On April 12, 20112, the offender signed a location monitoring agreement making him liable for any lost or damaged location monitoring equipment installed in his residence. Total cost of the unit and transmitter, $1390.00. On or about June 9, 2012, while on supervise release, and serving his location monitoring term, Mr. McMillan absconded, removing the home confinement unit and transmitter. On September 7, 2012, the offender appeared for his violation hearing, stating the devices are at his last residence. On October 23, 2012, McMillan was transported to his residence to retrieve the equipment without success, at that time he was unsure of the equipment location.

Respectfully submitted,
By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 10/26/12

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/26/12
_____
Date